RECEIVED
2005 JAN 20 A 10: 10
CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA

v.

HUGO JORGE

CASE #3:02CR00366 (CFD)

JANUARY 19, 2005

## MOTION FOR EMERGENCY MEDICAL TREATMENT

The defendant, HUGO JORGE, through counsel, respectfully requests an order for emergency medical treatment. In support of said motion, the defendant states the following:

1. That the defendant has pled Guilty and is awaiting sentencing at Corrigan Correctional Facility.

2. That the defendant has large sores covering his entire body.

3. That the medical personnel at Corrigan are unable to diagnose or treat said condition.

4. That the defendant is in desperate need for medical attention

5. That U. S. Attorney James Filan has witnessed the defendant's condition and concurs with this motion.

For all the foregoing reasons, the defendant would request that he be transferred to a hospital at another facility for proper medical treatment.

THE DEFENDANT, HUGO JORGE

By _____
Atty. Timothy P. Aspinwall    Fed. Bar #03452
3200 Main Street
Stratford, CT  06614
Tel: (203) 377-7348
FAX: (203) 378-1836
E-Mail: atty.aspinwall@sbcglobal.net

Treating this as the original motion, it is DENIED, without prejudice, in light of the Government's response.
SO ORDERED.
Christopher F. Droney
United States District Judge
1/31/2005

1