FILED

**UNITED STATES DISTRICT COURT**  2005 JUL 14  P 4: 22
**DISTRICT OF CONNECTICUT**

DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE #3:02CR00366 (CFD) |
| v. | |
| HUGO JORGE | JULY 12, 2005 |

### SENTENCING MEMORANDUM

### I. DEFENDANT'S COOPERATION

The defendant in this matter expects that a 5(k) motion will be friled by the Government for his cooperation in this matter.

The defendant respectfully suggests that his cooperation was extensive and very helpful to the Government in its prosecution of this case.

Mr. Jorge provided numerous hours of information and testimony that resulted in the successful prosecution for the Government.

### II. THE DEFENDANT'S INVOLVEMENT

Counsel would suggest to the court that Mr. Jorge's involvement was very limited in this matter. The defendant would suggest that his participation was analogous to the cases that speak to the role of Mexican migrants acting as "mules" bringing drugs from Mexico into the United States.

Certainly Mr. Jorge knew he was involved in some sort of illegal activity; however he had no idea of the extent of the operation.

In addition, Mr. Jorge will certainly be deported after his sentencing and will be returned to his home country.

1

The defendant expects to present extensive argument in both these areas on sentencing and will be asking the court for downward departures in this matter.

THE DEFENDANT, HUGO JORGE

By_____
Atty. Timothy P. Aspinwall   ct #03452
3200 Main Street
Stratford, CT  06614
Tel: (203) 377-7348
FAX: (203) 378-1836
E-Mail: atty.aspinwall@sbcglobal.net

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the date first hereinabove written, to the following:

Clerk, U. S. Courthouse
Room 735
450 Main Street
Hartford, CT  06103

Carla Jo Wagenstein-Vega
U. S. Probation Officer
915 Lafayette Boulevard
Bridgeport, CT  06604

Hon. Christopher F. Droney
United States District Judge
U. S. Courthouse
450 Main Street
Hartford, CT  06103

U. S. Assistant Attorney James K. Filan, Jr.
915 Lafayette Blvd. – Room 309
Bridgeport, CT  06604

_____
Timothy P. Aspinwall